JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br>v.<br>PASADENA ROBLES ACQUISITION LLC, a Delaware limited liability company dba Hilton Pasadena<br><br>Defendants | CASE NO.: 2:21-cv-01358 PA (SKx)<br><br>[*Assigned to the Honorable Percy Anderson*]<br><br>**ORDER RE JOINT STIPULATION OF DISMISAL OF ENTIRE ACTION WITH PREJUDICE** |

The parties having stipulated that the above-captioned action be dismissed with prejudice in its entirety as to all claims and all parties pursuant to Federal Rule of Procedure 41, the above-captioned action is hereby dismissed in its entirety with prejudice as to all claims and all parties. Each party shall bear their own attorneys' fees and costs.

**SO ORDERED AND ADJUDGED**.

Dated: March 26, 2021

_____

Percy Anderson
United States District Judge

4840-7529-7250, v. 1

CASE NO.: **2:21-cv-01358 PA (SKx)**     1     **PROPOSED] ORDER RE JOINT STIPULATION OF DISMISAL OF ENTIRE ACTION WITH PREJUDICE**